UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COLETTE RAPP,<br><br>　　　　Defendant. | NO. CR14-5312BHS<br><br>**ORDER DISMISSING CASE** |

The Court, having considered the Government's Motion to Dismiss, hereby DISMISSES the case without prejudice in light of the fact that the defendant is expected to face state charges for the same incident forming the basis of this case.

DATED this 1st day of December, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Dismissal Order (United States v Rapp, CR14-5312BHS) - 1